UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRECKENRIDGE PROPERTY FUND 2016, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>LYDIA J. MONDALA,<br><br>   Defendant. | Case No. 18-cv-03711-JCS<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 5 |

In light of Defendant Lydia Mondala's statement of non-opposition (dkt. 10), Plaintiff Breckenridge Property Fund 2016, LLC's motion to remand (dkt. 5) is GRANTED. This case is hereby remanded to the California Superior Court for Marin County, where it is designated case number CIV1800892.[1]

**IT IS SO ORDERED.**

Dated: July 27, 2018

              _____
              JOSEPH C. SPERO
              Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).